**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

IN RE:

**LUIS GALAN RIVERA**
**WILMA JANET ROMAN BONET**

xxx–xx–0296
xxx–xx–2654

Debtor(s)

Case No. **16–08608 ESL**

Chapter **13**

FILED & ENTERED ON 9/1/17

*ORDER*

DEBTORS"s objection to claim No. #5 (docket entry #31) is hereby denied without prejudice for:

☐ Failure to comply with LBR 3007–1 (a): SCRA (Affidavit of Military Service)

☐ Failure to comply with LBR 3007–1 (c): Objection Language

☐ Failure to comply with FRBP 7004(b)(1), made applicable to contested matters by FRBP 9014(b): Evidence of service to the individual claimant.

☐ Failure to comply with FRBP 7004(b)(3), made applicable to contested matters by FRBP 9014(b): Evidence of service to the officer or agent.

☐ Failure to comply with FRBP 7004(b)(4), made applicable to contested matters by FRBP 9014(b): Evidence of service to the United States Department of Justice, Washington DC and the United States Attorney's Office.

☐ Failure to comply with FRBP 7004(b)(6), made applicable to contested matters by FRBP 9014(b): Evidence of service to the Puerto Rico Department of Justice.

☒ Other: For the reasons stated in the response by Midland Funding (dkt. #33). The applicable rule is Fed. R. Bankr. P. 3001(c)(3)(A).

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Friday, September 1, 2017 .

*Enrique S. Lamoutte*
United States Bankruptcy Judge