UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>LUIS GALAN RIVERA<br>WILMA JANET ROMAN BONET<br><br>      DEBTOR (S) | CASE NO. 16-08608-ESL<br><br>CHAPTER 13 |

TRUSTEE'S POSITION
REGARDING APPLICATION FOR ATTORNEY'S FEES

TO THE HONORABLE COURT:

    NOW COMES José R. Carrión, Chapter 13 Trustee, through the undersigned and very respectfully alleges and prays:

    1. The Trustee hereby informs the Court that there is no opposition to petitioner's Counsel's request for attorney's fees rendered in connection with the case (Docket #38); however the balance on hand in this case is $207.90.

    WHEREFORE, the trustee respectfully requests this Honorable Court to take notice of the abovementioned regarding the application for attorney fees and that the availability of funds on hand, currently $207.90, may vary when the order granting the applicationm is entered.

    CERTIFICATE OF SERVICE: The Chapter 13 Trustee herewith certified that a copy of this motion has been served on this same date, to their respective address of record to: Debtor(s), to their counsel and to all those parties in interest who have filed a notice of appearance by First Class Mail if not an ECFS register user.

    In San Juan, Puerto Rico this Friday, September 15, 2017.

                                        /s/ Jose R. Carrion
                                        JOSE R. CARRION
                                        CHAPTER 13 TRUSTEE
                                        P.O. Box 9023884, Old San Juan Sta.
                                        San Juan, P.R. 00902-3884
                                        Tel (787)977-3535  FAX (787)977-3550